B6A (Official Form 6A) (12/07)

In re **Seven Falls, LLC**                                              Case No. ___**09-11182**___
                                    Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Approximately 700 acres consisting of golf course and residential development**<br>**39 Pleasant Grove Church Road**<br>**Hendersonville, NC 28739** | **Fee Simple** | - | **55,300,000.00** | **25,966,816.46** |

|  |  |  |
|---|---|---|
| Sub-Total > | **55,300,000.00** | (Total of this page) |
| Total > | **55,300,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Seven Falls, LLC**                                                              Case No. _____**09-11182**_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Camcorder | - | 4,868.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                    4,868.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Seven Falls, LLC**                                          Case No.     **09-11182**
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Mountain Jet Services, LLC - AR of $1,302,159.35 | - | 0.00 |
| | | Waightstill Mtn., LLC | - | 1,800,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **1,800,000.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Seven Falls, LLC**                                                              Case No. ____**09-11182**_____
_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **(1) Dooley and Mack Constructors, Inc. - pursuant to a Settlement Agreement dated May 4, 2009** | - | 200,000.00 |
| | | **(2) Claims against US Capital II Ser. Trst 1, Inc., Archie Eggleton, Robert Fowler and other officers, directors, agents and employees associated, connected or affiliated with US Capital II Ser. Trst.1, Inc.for Breach of Contract, Fraud, Unfair & Deceptive Trade Practices, Civil RICO in an amount in excess of $75 million** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Software** | - | 20,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Development Costs Golf Course Design** | - | 100,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **(a) Golf Academy Equipment (b) Modular Sales Office (c) Office Building Furniture** | - | 650,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Golf Apparel** | - | 121,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          1,091,000.00
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                    Case No. _____**09-11182**_____
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Deposit in Cessna 555 KW** | - | **50,000.00** |
| | | **Deposits on Land** | - | **1,165,000.00** |

|  | Sub-Total > | **1,215,000.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **4,110,868.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Seven Falls, LLC**                                                                                   Case No. _____**09-11182**_____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | Note in name of Paula and Keith Vinson | | | | | |
| **Bank of Asheville** **1985 Hendersonville Road** **Asheville, NC 28803** | - | | | | | Deed of Trust  Lien on approx. 20 acres of real property | X | X | X | | |
| | | | | | | Value $           3,800,000.00 | | | | 1,373,000.00 | 0.00 |
| Account No. | | | | | | 8/29/08 | | | | | |
| **Irish Lads, LLC** **c/o Eddie Gillespie** **104 Beach Street** **Mount Pleasant, SC 29464** | - | | | | | Deed of Trust  18.85 acre tract in Henderson Co. NC | | | | | |
| | | | | | | Value $           2,000,000.00 | | | | 2,000,000.00 | 0.00 |
| Account No. | | | | | | Materialmen's lien | | | | | |
| **Landscapes Unlimited of Nebraska, LLC** **1201 Aries Drive** **Lincoln, NE 68512** | - | | | | | Golf course | | | X | | |
| | | | | | | Value $          41,000,000.00 | | | | 2,187,253.77 | 0.00 |
| Account No. | | | | | | Golf course | | | | | |
| **Miller Brothers, Inc.** **315 Ethan Pond Way** **Hendersonville, NC 28791** | - | | | | | | X | X | | | |
| | | | | | | Value $          41,000,000.00 | | | | 205,900.72 | 0.00 |
| **1**   continuation sheets attached | | | | | | Subtotal (Total of this page) | | | | 5,766,154.49 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Seven Falls, LLC**                                               Case No.    **09-11182**
_____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION. IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | Materialmen's lien | | | | | |
| | | | | | | Golf Course | | | | | |
| Miller Brothers, Inc. 315 Ethan Pond Way Hendersonville, NC 28791 | - | | | | | | | X | X | | |
| | | | | | | Value $          41,000,000.00 | | | | 536,011.65 | 0.00 |
| Account No. 03590934550-00001 | | | | | | 12/20/07 | | | | | |
| | | | | | | Deed of Trust | | | | | |
| National Bank of SC 150 East Henry Street Spartanburg, SC 29306 | - | | | | | Lien on certain real property consisting of golf course and certain residential property | | X | X | | |
| | | | | | | Value $          41,000,000.00 | | | | 11,960,234.40 | 0.00 |
| Account No. 03590934550-00004 | | | | | | 12/20/07 | | | | | |
| | | | | | | Deed of Trust | | | | | |
| National Bank of SC 150 East Henry Street Spartanburg, SC 29306 | - | | | | | Certain real property consisting of golf course and undeveloped lots | | X | X | | |
| | | | | | | Value $          41,000,000.00 | | | | 7,651,415.92 | 0.00 |
| Account No. | | | | | | Note in name of Queen's Gap | | | | | |
| | | | | | | Deed of Trust | | | | | |
| Young & McQueen Grading Co, Inc. c/o Glenn Thompson 201 S. College St. Suite 2020 Charlotte, NC 28244 | - | | | | | Parcel #60 (proposed lift station site) | X | X | X | | |
| | | | | | | Value $          150,000.00 | | | | 53,000.00 | 0.00 |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 20,200,661.97 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 25,966,816.46 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re **Seven Falls, LLC**                                                   Case No.  **09-11182**
                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re     **Seven Falls, LLC**                                              Case No.    **09-11182**
                                                ,
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **1BB Enterprises** <br> **162 Coxe Avenue, Suite 202** <br> **Asheville, NC 28801** | - | | | | | X | 0.00 |
| Account No. <br><br> **A-American Electric, Inc** <br> **229 Sheehan Road** <br> **Fletcher, NC 28732** | - | | | | | | 22,194.52 |
| Account No. <br><br> **A-American Security** <br> **229 Sheehan Rd.** <br> **Fletcher, NC 28732** | - | | | | | | 2,250.00 |
| Account No. <br><br> **ABC Supply** <br> **3100 Parkside Drive** <br> **Charlotte, NC 28208** | - | | | | | | 18,166.02 |
| **17**  continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | 42,610.54 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              S/N 31692-091201    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC** _____ ,    Case No. ___**09-11182**_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **ABLE Rent-A-Jon** 619 Jupiter Road Weaverville, NC 28787 | | - | | | | | | 1,374.34 |
| Account No. **Asheville DMC** P.O. Box 927 Skyland, NC 28776-0927 | | - | | | | | | 6,335.43 |
| Account No. **Asheville Fire Protection Co., Inc.** P.O. Box 6798 Asheville, NC 28816 | | - | | | | | | 76.50 |
| Account No. **Askeland, Brent** 1117 Woodruff Rd., Suite A Greenville, SC 29607 | | - | | | | | | 45.34 |
| Account No. **AT&T Mobility** P.O. Box 6463 Carol Stream, IL 60197-6463 | | - | | | | | | 353.55 |

Sheet no. __**1**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,185.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                                 Case No.    **09-11182**

                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| Brightdoor Systems, Inc. Attention: Jenn Hudson 6501 Weston Parkway, Suite 320 Cary, NC 27513 | - | | | | | | | | 21,396.97 |
| Account No. | | | | | | | | | |
| Bustamante, Elizabeth and Sims, Sherry 3204 Upper Wynnewood Place Oak Hill, VA 20171 | - | | | | | | | X | 89,690.00 |
| Account No. | | | | | | | | | |
| Caldwell, Jonathan & Paula 123 Calle Del Pacifico San Clemente, CA 92672 | - | | | | | | | | 89,590.00 |
| Account No. | | | | | | | | | |
| Card Services P.O. Box 2181 Columbus, GA 31902-2181 | - | | | | | | | | 52,516.16 |
| Account No. | | | | | | | | | |
| Clark & Co. P.O. Box 1547 Franklin, NC 28744 | - | | | | | | | X | 160,883.70 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                       414,076.83

B6F (Official Form 6F) (12/07) - Cont.

In re __Seven Falls, LLC_____,  Case No. ____09-11182_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Law Suit 08 M 525 and 526 | | | | |
| Clary Hood, Inc. 160 Conway Black Road Spartanburg, SC 29307 | | - | | | | X | 26,300.00 |
| Account No. | | | | | | | |
| Classic Party Rentals 600 Phillip Davis Drive Charlotte, NC 28217 | | - | | | | X | 0.00 |
| Account No. | | | | | | | |
| Coastal Land Title, Inc. 400 Main Street, #100A Hilton Head Island, SC 29926 | | - | | | | | 200.00 |
| Account No. | | | | | | | |
| Coos County Airport District - OTH P.O. Box F North Bend North Bend, OR 97459-2006 | | - | | | | | 200.50 |
| Account No. | | | | | | | |
| CopyWorks 806 Locust Street Suite 300 Hendersonville, NC 28792 | | - | | | | | 26.65 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 26,727.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                 Case No.    **09-11182**

                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Digitech 8975 NW Lovejoy Portland, OR 97229 | | - | | | | | | 5,897.55 |
| Account No. | | | | Notice Only | | | | |
| Dooley and Mack Constructors, Inc. c/o Wendy L. Mack, Treasurer 5800 Lakewood Ranch Blvd Sarasota, FL 34240 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Dove Air, Inc. 35 Aviation Way Asheville Regional Airport Fletcher, NC 28723 | | - | | | | | X | 6,500.00 |
| Account No. | | | | | | | | |
| Ed Holmes & Associates P.O. Box 17335 Asheville, NC 28816 | | - | | | | | | 142,529.11 |
| Account No. | | | | | | | | |
| Ford & Harrison, LLP P.O. Box 101423 Atlanta, GA 30392-1423 | | - | | | | | | 172.50 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        155,099.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                    , Case No. ___**09-11182**___
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Fuchs & Roselli, Ltd. 440 West Randolph Street #500 Chicago, IL 60606 | - | | | | | | 880.00 |
| Account No. | | | Loan | | | | |
| Gillespie, Eddie S. P.O. Box 1104 Mount Pleasant, SC 29465 | - | | | | | | 5,000,000.00 |
| Account No. | | | | | | | |
| Gilliand Janitorial Services 86 Allen Drive Fletcher, NC 28732 | - | | | | | | 990.00 |
| Account No. | | | | | | | |
| Goldstein, Steve & Linda 19629 Island Court Boca Raton, FL 33234 | - | | | | | | 101,190.00 |
| Account No. | | | | | | | |
| Golf Agronomics Sand & Hauling 2165 17th Street Sarasota, FL 34234 | - | | | | | | 0.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      5,103,060.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Falls, LLC**                                                                    Case No.   **09-11182**
                                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Great Smoky Mountains Greenskeepers, Inc** P.O. Box 2171 Cashiers, NC 28717 | - | | | | | | X | 7,275.00 |
| Account No. | | | | Employment Agreement | | | | |
| **Griffon, William G. III** 1901 Bearberry Lane Asheville, NC 28803 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Gulfstream Aerospace Corporation** P.O. Box 730349 Dallas, TX 75373-0349 | - | | | | | | | 1,025.00 |
| Account No. | | | | | | | | |
| **Gulfstream Communications** P.O. Box 1330 Asheville, NC 28802 | - | | | | | | | 15,072.51 |
| Account No. | | | | Promissory Note dated 9/15/08 | | | | |
| **Hager, Arnold Q.** 373 Don Walters Road Jefferson, NC 28640 | - | | | | | | | 50,000.00 |

Sheet no. **6** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    73,372.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                      Case No. ___**09-11182**___
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Henderson County Tax Collector 200 North Grove Street Hendersonville, NC 28792 | - | | | | | | 348.15 |
| Account No. | | | | | | | |
| Hendersonville Tax Collector c/o Terry F. Lyda 200 North Grove Street Suite 66 Hendersonville, NC 28792 | - | | | | | X | 89,655.34 |
| Account No. | | | | | | | |
| HPC Creative Printing Solutions 806 Locust Street Suite 200 Hendersonville, NC 28792 | - | | | | | | 11,465.82 |
| Account No. | | | | | | | |
| Insured Aircraft Title Service, Inc. P.O. Box 19527 Oklahoma City, OK 73144 | - | | | | | | 850.00 |
| Account No. | | | | | | | |
| Internal Revenue Service 320 Federal Place Greensboro, NC 27401 | - | | | | | X | 9,031.98 |

Sheet no. _**7**___ of _**17**__ sheets attached to Schedule of    Subtotal    111,351.29
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Seven Falls, LLC**                                             Case No.  **09-11182**
_____
                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kencom, Inc.<br>P.O. Box 4477<br>Mooresville, NC 28117 | - | | | | | | 52,685.79 |
| Account No.<br><br>Kraft, John and Kim<br>6863 Rapid Run Rd.<br>Cincinnati, OH 45233 | - | | | | | | 111,590.00 |
| Account No.<br><br>Lifestyle Publishing, Inc.<br>P.O. Box 3283<br>Cashiers, NC 28717 | - | | | | | | 9,700.00 |
| Account No.<br><br>Lightening Bug Group, LLC<br>32 Orange Street<br>Asheville, NC 28801 | - | | | | | | 97,090.00 |
| Account No.<br><br>Links Magazine<br>P.O. Box 7628<br>Hilton Head Island, SC 29938 | - | | | | | | 63,750.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     334,815.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                    Case No.    **09-11182**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mill Creek Post & Beam Co.** **1970 Holbert Cove Road** **Saluda, NC 28773** | - | | | | | | 116,526.12 |
| Account No. | | | | | | | |
| **Miller Brothers, Inc.** **315 Ethan Pond Way** **Hendersonville, NC 28791** | - | | | | | X | 59,915.57 |
| Account No. | | | | | | | |
| **Motion Reality, Inc.** **Attn: Tom Wilmot** **200 North Cobb Parkway, Suite 140** **Marietta, GA 30062** | - | | | | | | 28,750.00 |
| Account No. | | | | | | | |
| **Mountain Arborists** **P.O. Box 633** **Naples, NC 28760** | - | | | | | | 371.04 |
| Account No. | | | | | | | |
| **Mountain West Construction, Inc.** **P.O. Box 538** **Flat Rock, NC 28731** | - | | | | | | 16,405.25 |
| Sheet no. __9__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 221,967.98 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                          Case No. ___**09-11182**___
_____
                              Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MX Logic**<br>**P.O. Box 60157**<br>**Los Angeles, CA 90060-0157** | - | | | | | | 137.72 |
| Account No. **4798-0410-0026-1901** <br><br>**NBSC Credit Card**<br>**Card Services**<br>**P.O. Box 2181**<br>**Columbus, GA 31902-2181** | - | | **7/13/09**<br>**Various business expenses** | | | | 52,516.16 |
| Account No. <br><br>**NC Dept of Environ. & Nat. Resources**<br>**2090 U.S. Hwy 70**<br>**Swannanoa, NC 28778** | - | | **Notice Only** | | | | 0.00 |
| Account No. <br><br>**Nuvox Communications**<br>**P.O. Box 580451**<br>**Charlotte, NC 28258** | - | | | | | | 4,814.63 |
| Account No. <br><br>**Office Environments**<br>**P.O. Box 19659**<br>**Asheville, NC 28815** | - | | | | | | 655.08 |

Sheet no. __**10**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    58,123.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                      Case No.    **09-11182**
_____                    _____
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Osteen Electric, Inc. P.O. Box 2523 Hendersonville, NC 28793 | | - | | | | | | 2,536.10 |
| Account No. | | | | | | | | |
| Pac-Van 2693 Paysphere Circle Chicago, IL 60674 | | - | | | | | | 28,087.00 |
| Account No. | | | | | | | | |
| Pace Construction & Excavation, Inc. 625 Old Spartanburg Hwy Hendersonville, NC 28792 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Rain for Rent NC 4350 Golf Acres Drive Charlotte, NC 28208-5861 | | - | | | | | | 3,258.10 |
| Account No. | | | | | | | | |
| Red Cat Properties, Inc. 2104 South Q Street Fort Smith, AR 72901 | | - | | | | | | 2,500.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            36,381.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                    Case No. _____**09-11182**_____

                                                Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Roberts, Richard N. <br>104 Skybrook Drive <br>Holly Springs, NC 27540 | - | | | | | | 103,000.00 |
| Account No. <br><br>Roto-Rooter <br>P.O. Box 16622 <br>Asheville, NC 28806 | - | | | | | | 359.53 |
| Account No. <br><br>Seven Falls Amenities, LLC <br>39 Pleasant Grove Church Road <br>Hendersonville, NC 28739 | - | | | | | | 2,071,950.00 |
| Account No. <br><br>Shadowhawk Aviation <br>125 Sam Langeley <br>Travelers Rest, SC 29690 | - | | | | | | 3,325.00 |
| Account No. <br><br>Shamburger Design Studio <br>P.O. Box 966 <br>Hendersonville, NC 28793 | - | | | | | | 48,618.50 |

Sheet no. __12__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,227,253.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                    Case No.    **09-11182**
_____              _____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Smith Turf & Irrigation P.O. Box 669388 Charlotte, NC 28266-9388 | - | | | | | | 124,535.33 |
| Account No. | | | | | | | |
| SunTrust Leasing Corp Attn: Doug Furman P.O. Box 79194 Baltimore, MD 21279-0194 | - | | | | | | 194,401.84 |
| Account No. | | | | | | | |
| T & K Utilities 204 Charlotte Hwy., Suite G Asheville, NC 28803 | - | | | | | | 184,697.00 |
| Account No. | | | | | | | |
| Taylor & Murphy Construction Co., Inc. P.O. Box 6215 Asheville, NC 28816 | - | | | | | X | 946,208.01 |
| Account No. | | | | | | | |
| Taylor & Murphy Construction Co., Inc. P.O. Box 6215 Asheville, NC 28816 | - | | | | | X | 225,415.97 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,675,258.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                                          Case No.    **09-11182**
_____,
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Tennessee Valley Authority 400 West Summit Hill Drive Knoxville, TN 37902 | | - | | | | | | 4,753.53 |
| Account No. | | | | | | | | |
| Texas Refinery Corp. P.O. Box 711 Fort Worth, TX 76101 | | - | | | | | | 763.08 |
| Account No. | | | | | | | | |
| The Aircraft Management Group P.O. Box 2171 Greenville, SC 29602 | | - | | | | | | 500.00 |
| Account No. | | | | | | | | |
| The Delaney Company 265 Castleberry Industrial Drive Cumming, GA 30040 | | - | | | | | | 116.56 |
| Account No. | | | | | | | | |
| The Eblen-Kimmel Charitable Group 12 Regent Park Blvd. Asheville, NC 28806 | | - | | | | | | 9,000.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    15,133.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Falls, LLC**                                                    Case No.____**09-11182**_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| The Lamar Companies P.O. Box 96030 Baton Rouge, LA 70896 | | - | | | | | 25,864.00 |
| Account No. | | | | | | | |
| The Laurel of Asheville, LLC 1 West Pack Square BB&T Bldg., Suite 503 Asheville, NC 28801 | | - | | | | | 4,951.14 |
| Account No. | | | | | | | |
| The Planning & Zoning Resource Corp. 100 N. E. 5th Street Oklahoma City, OK 73104 | | - | | | | | 600.00 |
| Account No. | | | | | | | |
| The Port Authority of NY & NJ P.O. Box 95000-1523 Philadelphia, PA 19195-1523 | | - | | | | | 45.00 |
| Account No. | | | | | | | |
| Town of Fletcher - Parks & Recreation Attn: Cheyenne Youell/Christmas Parade 4005 Hendersonville Rd. Fletcher, NC 28732 | | - | | | | | 100.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    31,560.14

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Falls, LLC**                                          ,     Case No. ___**09-11182**___
                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Triple S. Grading 81 Connelly Road Arden, NC 28704 | - | | | | | | 31,373.22 |
| Account No. | | | | | | | |
| Universal Avionics Systems Corp. c/o Wells Fargo Bank Department 9273 Los Angeles, CA 90084-9273 | - | | | | | | 1,260.16 |
| Account No. | | | | | | | |
| UPS P.O. Box 7247-0244 Philadelphia, PA 19170-0001 | - | | | | | | 45.65 |
| Account No. | | | | | | | |
| Verizon Wireless P.O. Box 660108 Dallas, TX 75266-0108 | - | | | | | | 4,884.08 |
| Account No. | | | Expense reimbursement | | | | |
| Vinson, Keith A. 1 Park Road Asheville, NC 28803 | - | | | | | | 185.76 |

Sheet no. __16__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 37,748.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Falls, LLC**                                                      Case No.   **09-11182**
                                                                              ,
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loans | | | | |
| Vinson, Keith A. 1 Park Road Asheville, NC 28803 | | - | | | | | 11,199,943.00 |
| Account No. | | | Subject to setoff. | | | | |
| Walker, Stephen R. and Judy W. 6 Sandy Point Road Savannah, GA 31404 | | - | | | | | 137,240.00 |
| Account No. | | | | | | | |
| Windsor Aughtry P.O. Box 16449 Greenville, SC 29606 | | - | | | | | 312,869.64 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 11,650,052.64 |
| Total (Report on Summary of Schedules) | 22,222,777.20 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  **Seven Falls, LLC**                                                    Case No.  **09-11182**
_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Banks, Pam<br>P.O. Box 128<br>Horse Shoe, NC 28742 | Offer to Purchase Contract for approximately 97.57 acres of real property in Henderson County, NC for $4 million. Deposit of $200,000 paid. |
| Banks, Pam<br>P.O. Box 128<br>Horse Shoe, NC 28742 | Offer to Purchase Contract for approx. 5 acres of land located in Henderson Co. for $1 million. Deposit of $10,000 paid. |
| Bustamante, Elizabeth and Sims, Sherry<br>3204 Upper Wynnewood Place<br>Oak Hill, VA 20171 | Contract for Townhome Site A, Unit 10 |
| Caldwell, Jonathan & Paula<br>123 Calle Del Pacifico<br>San Clemente, CA 92672 | Contract for Townhome, Section A, Unit 11, Plan B |
| Dooley and Mack Constructors, Inc.<br>c/o Wendy L. Mack, Treasurer<br>5800 Lakewood Ranch Blvd<br>Sarasota, FL 34240 | Purchase Agreement dated May 4, 2009 for Units A13 and A14 and right of first refusal as to other lots |
| Goldstein, Steve & Linda<br>19629 Island Court<br>Boca Raton, FL 33234 | Contract for Townhome Site A, Unit 14 |
| Henderson County Planning Department<br>213 First Avenue East<br>Hendersonville, NC 28792 | Development Agreement dated May 15, 2008 for construction of a fire station |
| Hyder, Boyd L.<br>163 Puncheon Creek Rd.<br>Hendersonville, NC 28792 | Offer to Purchase Land contract dated May 19, 2006 for approx. 450.92 acres in Henderson County for $12,500,000. Nonfundable deposit of $100,000 paid plus additional sums for partial real estate purchase. |
| Kraft, John and Kim<br>6863 Rapid Run Rd.<br>Cincinnati, OH 45233 | Contract for Townhome Site A, Unit 7 |
| Lightening Bug Group, LLC<br>32 Orange Street<br>Asheville, NC 28801 | Contract for Townhome B-5, Phase I |
| Pac-Van, Inc.<br>2693 Paysphere Circle<br>Chicago, IL 60674 | Lease of Sales Office building |

1

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Seven Falls, LLC**                                      Case No.____**09-11182**_____
_____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Roberts, Richard N.<br>104 Skybrook Drive<br>Holly Springs, NC 27540 | Contract for Villas, Lot 6 at Palmer Place |
| Rowland, Walter M.<br>2891 Old Clear Creek Rd.<br>Hendersonville, NC 28792 | Offer to Purchase Land contract dated May 19, 2006 for approx. 450.92 acres in Henderson County for $12,500,000. Nonfundable deposit of $100,000 paid plus additional sums for partial real estate purchase. |
| Southeast Toyota Finance<br>Maildrop WOFMB119<br>P.O. Box 91656<br>Mobile, AL 36691-1656 | Motor vehicle lease agreement for 2008 Toyota Truck Tundra beginning Dec. 12, 2007 at rate of $436.21 per month |
| Southeast Toyota Finance<br>Maildrop WOFMB119<br>P.O. Box 91656<br>Mobile, AL 36691-1656 | Motor Vehicle lease agreement for 2007 Toyota Truck Tundra beginning Oct. 9, 2007 at the rate of $354.27 per month |
| Tradition, LLC<br>39 Pleasant Grove Church Road<br>Hendersonville, NC 28739 | Management Agreement |
| Walker, Stephen R. and Judy W.<br>6 Sandy Point Road<br>Savannah, GA 31404 | Contract for Townhome Site A, Unit 13, Plan B |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Seven Falls, LLC**
                                                        Case No.  __09-11182__
                                   Debtor

# SCHEDULE H - CODEBTORS - AMENDED

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Vinson, Keith**<br>**1 Park Road**<br>**Asheville, NC 28803** | **National Bank of SC**<br>**150 East Henry Street**<br>**Spartanburg, SC 29306** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Seven Falls, LLC** _____  Case No. __**09-11182**__

_____  Chapter __**11**__

Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**31**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 9, 2009** _____  Signature  **/s/ Keith A. Vinson** _____

**Keith A. Vinson**
**Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of North Carolina

In re   **Seven Falls, LLC** _____   Case No.   **09-11182** _____

Debtor(s)                      Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **December 9, 2009** _____      **/s/ Keith A. Vinson** _____

**Keith A. Vinson/Managing Member**
Signer/Title