B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re   Seven Falls, LLC                                                    Case No.   09-11182
                                         Debtor(s)                          Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bustamante, Elizabeth and Sims, Sherry<br>3204 Upper Wynnewood Place<br>Oak Hill, VA 20171 | Bustamante, Elizabeth and Sims, Sherry<br>3204 Upper Wynnewood Place<br>Oak Hill, VA 20171 | | Disputed | 89,690.00 |
| Caldwell, Jonathan & Paula<br>123 Calle Del Pacifico<br>San Clemente, CA 92672 | Caldwell, Jonathan & Paula<br>123 Calle Del Pacifico<br>San Clemente, CA 92672 | | | 89,590.00 |
| Clark & Co.<br>P.O. Box 1547<br>Franklin, NC 28744 | Clark & Co.<br>P.O. Box 1547<br>Franklin, NC 28744 | | Disputed | 160,883.70 |
| Ed Holmes & Associates<br>P.O. Box 17335<br>Asheville, NC 28816 | Ed Holmes & Associates<br>P.O. Box 17335<br>Asheville, NC 28816 | | | 142,529.11 |
| Gillespie, Eddie S.<br>P.O. Box 1104<br>Mount Pleasant, SC 29465 | Gillespie, Eddie S.<br>104 Beach Street<br>Mount Pleasant, SC 29464 | Loan | | 5,000,000.00 |
| Goldstein, Steve & Linda<br>19629 Island Court<br>Boca Raton, FL 33234 | Goldstein, Steve & Linda<br>19629 Island Court<br>Boca Raton, FL 33234 | | | 101,190.00 |
| Hendersonville Tax Collector<br>c/o Terry F. Lyda<br>200 North Grove Street<br>Suite 66<br>Hendersonville, NC 28792 | Hendersonville Tax Collector<br>c/o Terry F. Lyda<br>200 North Grove Street<br>Hendersonville, NC 28792 | | Disputed | 89,655.34 |
| Kraft, John and Kim<br>6863 Rapid Run Rd.<br>Cincinnati, OH 45233 | Kraft, John and Kim<br>6863 Rapid Run Rd.<br>Cincinnati, OH 45233 | | | 111,590.00 |
| Lightening Bug Group, LLC<br>32 Orange Street<br>Asheville, NC 28801 | Lightening Bug Group, LLC<br>32 Orange Street<br>Asheville, NC 28801 | | | 97,090.00 |
| Links Magazine<br>P.O. Box 7628<br>Hilton Head Island, SC 29938 | Links Magazine<br>P.O. Box 7628<br>Hilton Head Island, SC 29938 | | | 63,750.00 |
| Mill Creek Post & Beam Co.<br>1970 Holbert Cove Road<br>Saluda, NC 28773 | Mill Creek Post & Beam Co.<br>1970 Holbert Cove Road<br>Saluda, NC 28773 | | | 116,526.12 |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **Seven Falls, LLC**                                      Case No. **09-11182**
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Miller Brothers, Inc. 315 Ethan Pond Way Hendersonville, NC 28791 | Miller Brothers, Inc. 315 Ethan Pond Way Hendersonville, NC 28791 | | Disputed | 59,915.57 |
| Roberts, Richard N. 104 Skybrook Drive Holly Springs, NC 27540 | Roberts, Richard N. 104 Skybrook Drive Holly Springs, NC 27540 | | | 103,000.00 |
| Smith Turf & Irrigation P.O. Box 669388 Charlotte, NC 28266-9388 | Smith Turf & Irrigation P.O. Box 669388 Charlotte, NC 28266-9388 | | | 124,535.33 |
| SunTrust Leasing Corp Attn: Doug Furman P.O. Box 79194 Baltimore, MD 21279-0194 | SunTrust Leasing Corp Attn: Doug Furman P.O. Box 79194 Baltimore, MD 21279-0194 | | | 194,401.84 |
| T & K Utilities 204 Charlotte Hwy., Suite G Asheville, NC 28803 | T & K Utilities 204 Charlotte Hwy., Suite G Asheville, NC 28803 | | | 184,697.00 |
| Taylor & Murphy Construction Co., Inc. P.O. Box 6215 Asheville, NC 28816 | Taylor & Murphy Construction Co., Inc. P.O. Box 6215 Asheville, NC 28816 | | Disputed | 946,208.01 |
| Taylor & Murphy Construction Co., Inc. P.O. Box 6215 Asheville, NC 28816 | Taylor & Murphy Construction Co., Inc. P.O. Box 6215 Asheville, NC 28816 | | Disputed | 225,415.97 |
| Walker, Stephen R. and Judy W. 6 Sandy Point Road Savannah, GA 31404 | Walker, Stephen R. and Judy W. 6 Sandy Point Road Savannah, GA 31404 | | Subject to Setoff | 137,240.00 |
| Windsor Aughtry P.O. Box 16449 Greenville, SC 29606 | Windsor Aughtry P.O. Box 16449 Greenville, SC 29606 | | | 312,869.64 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 9, 2009**                Signature  **/s/ Keith A. Vinson**
                                                      **Keith A. Vinson**
                                                      **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Seven Falls, LLC**    Case No. __**09-11182**__
                                    Debtor

Chapter __**11**__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 55,300,000.00 | | |
| B - Personal Property | Yes | 4 | 4,110,868.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 25,966,816.46 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 22,222,777.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| | | Total Assets | 59,410,868.00 | | |
| | | | Total Liabilities | 48,189,593.66 | |