

FILED & JUDGMENT ENTERED
David E. Weich

Dec 30 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | Case No.:    09-11182 |
| ) | **Chapter 11** |
| **SEVEN FALLS, LLC** ) | |
| ) | |
| TAX ID #:    20-8233193 ) | |
| ) | |
| **Debtor(s)** ) | |

### AMENDED ORDER APPOINTING CREDITORS' COMMITTEE

This matter coming before the Court upon the recommendation of the United States Bankruptcy Administrator for the appointment of a committee of unsecured creditors, and the Court acting pursuant to its authority under 11 U.S.C. §1102,

IT IS HEREBY ORDERED that the following creditors are to constitute the Official Committee of Unsecured Creditors in this Case:

Pamela Banks
PO Box 128
Horse Shoe, NC 28742

T&K Utilities, Inc.
Attn: Wendell T. Howard
204 Charlotte Hwy, Suite G
Asheville, NC 28803

*This Order has been signed electronically.
The judge's signature and court's seal
appear at the top of the Order.*

United States Bankruptcy Court