

FILED & JUDGMENT ENTERED
David E. Weich

Feb 23 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_George R. Hodges_
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SEVEN FALLS, LLC, *et. al* | ) | Case No. 09-11182 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

**CONSENT ORDER EXTENDING EXCLUSIVITY PERIOD
FOR DEBTORS TO FILE THEIR RESPECTIVE PLANS AND TO
OBTAIN ACCEPTANCES TO SUCH PLANS PURSUANT TO 11 U.S.C. § 1121**

THIS MATTER coming on without hearing before the Court upon the Motion of

Seven Falls, LLC and Zeus Investments, LLC (collectively the "Debtors"), by and

through counsel, pursuant to 11 U.S.C. §§ 1121(c)(2)-(3) and (d) and Rules 9006 and

9014 of the Federal Rules of Bankruptcy Procedure, for an Order extending the exclusive

period within which each Debtor may file a plan of reorganization and to extend the

exclusive period within which each Debtor may solicit acceptances of such plan (the

"Motion"). On February 5, 2010, this Court entered an order shortening notice and

setting an expedited hearing on the Motion ("Order"). Due and proper notice of the

Motion and the Order was given to all creditors and other parties in interest and

objections were timely filed by The National Bank of South Carolina ("NBSC") and

Landscapes Unlimited, LLC of North Carolina ("Landscapes).

As the Debtors, NBSC and Landscapes consent to this relief, the Court finds that

good cause exists for extending the exclusive period within which each Debtor may file a

plan of reorganization to, and including, April 24, 2010 and for each Debtor to obtain

acceptances of its plan, to and including, June 23, 2010.

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED that:

1.    The exclusive period within which each Debtor may file a plan of reorganization

is hereby extended to, and including, April 24, 2010.

2.    The period within which each Debtor may obtain acceptances to its plan is

hereby extended to, and including, June 23, 2010.

This Order has been signed                    United States Bankruptcy
Court
electronically.  The judge's
signature and court's seal
appear at the top of the Order.

2

AGREED AND CONSENTED TO:

/s/ Christine L. Myatt
Christine L. Myatt
N.C. State Bar No. 10444
NEXSEN PRUET, PLLC
Attorney for Debtor

/s/ George B. Cauthen
S.C. State Bar 001171
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Attorney for The National Bank of South
Carolina

/s/ Lance P. Martin
N.C. State Bar 027287
WARD & SMITH, P.A.
Attorney for Landscapes Unlimited, LLC of
North Carolina

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                    )
                                          )
                                          )        Chapter 11
BROKERS INCORPORATED,                     )
                                          )        Case No. 04-53451
                        Debtors.          )
                                          )

## CERTIFICATE OF SERVICE

This is to certify that the foregoing **ORDER GRANTING DEBTOR'S MOTION
PURSUANT TO 11 U.S.C. § 1121(D) TO EXTEND EXCLUSIVITY PERIOD**
was served upon the following by depositing a copy of same in the United States Mail,
postage prepaid, addressed as follows:

| | |
|---|---|
| Carlton Eugene Anderson<br>c/o R. Thompson Wright (via email)<br>230 N. Elm Street, Suite 1400<br>Greensboro NC 27402 | Michael D. West (via email)<br>Robyn R. Compton Whitman (via email)<br>U.S. Bankruptcy Administrator<br>P.O. Box 1828<br>Greensboro, North Carolina 27402 |
| BB&T of NC Business Loan Center<br>c/o David Barnes (via email)<br>Legal Department<br>200 W. Second St., Third Floor<br>Winston Salem, NC 27101 | Internal Revenue Service<br>320 Federal Place<br>Greensboro NC 27402 |
| Central Carolina Bank Loan Services<br>c/o Lillian H. Pinto (via email)<br>Womble Carlyle Sandridge & Rice<br>300 N. Elm Street<br>Greensboro, NC 27402 | Guilford County Tax Department<br>330 North Eugene Street<br>Greensboro, NC 27401 |
| Davidson County Tax Office<br>913 Greensboro Street<br>Lexington, NC 27292 | City of Danville Tax Collection<br>P.O. Box 3300<br>Danville, VA 24541 |
| Nelson Kirby Hodge<br>c/o William West (via email)<br>3000 Bethesda Place, Suite 703<br>Winston Salem, NC 27103 | NC Department of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640 |

NPGBO1:1189263.1

| | |
|---|---|
| Montgomery County Tax Collector<br>P.O. Box 614<br>Troy, NC 27371 | Randolph County Tax Collector<br>725 McDowell Road<br>Asheboro, NC 27205-7370 |
| Nationwide Mutual Fire<br>Insurance Company<br>P.O. Box 96040<br>Charlotte, NC 28296-0040 | City of High Point<br>P.O. Box 10039<br>High Point, NC 27261-3039 |
| Duke Energy Corporation<br>Attention: Yvonne Crenshaw/Legal<br>Assistant<br>P.O. Box 1244 – PBO5E<br>Charlotte, NC 28201 | Rowan County Tax Department<br>Rowan County Governmental Center<br>402 North Main Street<br>Salisbury, NC 28144 |
| Scott Gayle (via email)<br>Tuggle Duggins & Meschan, PA<br>P.O. Box 2888<br>Greensboro, NC 27402 | City of Thomasville<br>P.O. Box 368<br>Thomasville, NC 27361-0368 |
| Ohio Casualty Group<br>P.O. Box 5001<br>Hamilton, OH 45012-5001 | North State Communications<br>P.O. Box  612<br>High Point, NC 27261 |
| Craven Johnson Pollack, Inc.<br>P.O. Box 1207<br>High Point, NC 27261 | Piedmont Natural Gas<br>136 Northpoint Ave.<br>High Point, NC 27262 |
| Whitewood Industries, Inc.<br>Daniel C. Bruton (via email)<br>Bell, Davis & Pitt, P.A.<br>P.O. Box 21029<br>Winston Salem, NC 27120-1029 | Pittsylvania County Virginia<br>Treasurer Office<br>P.O. Box 230<br>Chatham, VA 24531 |
| JMC Hosiery, Inc.<br>Attn: John D. Cecil, Jr., President<br>12 Windsor Circle<br>Thomasville, NC 27360 | Bank of North Carolina<br>c/o Alan  Powell (via email)<br>Roberson, Haworth & Reese, PLLC<br>Post Office Box 1550<br>High Point, North Carolina  27261 |
| C. Edwin Allman, III (via email)<br>Allman Spry Leggett & Crumpler, P.A.<br>P.O. Drawer 5129<br>Winston Salem, NC 27113-5129 | James R. Hundley (via email)<br>Wyatt Early Harris Wheeler LLP<br>1912 Eastchester Drive, Suite 400<br>P.O. Drawer 2086<br>High Point, NC 27261 |

NPGBO1:1189263.1

| | |
|---|---|
| Mark T. Preston (via email)<br>3410 Healy Drive, Suite 201-K<br>Winston Salem, NC  27103 | R. Michael Locklar<br>c/o Donald G. Sparrow<br>Sparrow Wolf & Sparrow, P.A.<br>P.O. Box 308<br>Greensboro, NC 27402-0308 |
| Tony Bowers<br>c/o Bradley C. Friesen (via email)<br>Bell, Davis & Pitt, P.A.<br>Century Plaza, Suite 600<br>100 North Cherry Street<br>Winston Salem, NC 27101 | Richard E. Tucker (via email)<br>BB&T Company<br>P.O. Box 1240<br>Winston Salem, NC 274102-1240 |
| BB&T of NC Business Loan Center<br>c/o June L. Basden (via email)<br>Carruthers & Roth, P.A.<br>P.O.Box 540<br>Greensboro, NC 27402 | Hossein Ahmadi<br>c/o J. Marshall Shelton (via email)<br>Ivey McClellan Gatton & Talcott, LLP<br>121 South Elm Street<br>Greensboro, NC 27402 |

This the 4th day of May, 2005.

_____
Christine L. Myatt
N. C. State Bar No. 10444
J. David Yarbrough
N.C. State Bar No. 28875

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC  27402
(336) 373-1600

NPGBO1:1189263.1